WILLIAM R. SCHOONMAKER, Respondent, v. EUGENE D. BOYER et al., as Executors of WILBUR F. RANDALL, Deceased, Appellants.

*Bills, notes and checks — action to recover on promissory note — defense of lack of consideration.*

*Schoonmaker* v. *Boyer*, 219 App. Div. 784, reversed.

(Argued June 2, 1927; decided June 21, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover on a promissory note. The answer admitted the making and delivery of the note but denied that it was given for value.

*Charles Strauss* and *Eugene D. Boyer* for appellants.

*A. B. Carrington, Arleigh Pelham* and *George D. Carrington* for respondent.

Judgment of Appellate Division and that of Trial Term reversed and complaint dismissed, with costs in all courts, on the ground that according to the uncontradicted evidence the note in suit was executed without consideration.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.